No. 91–1687. BLANKINSHIP ET AL. *v.* CINCO ENTERPRISES, INC. Ct. App. Okla. Certiorari denied.

No. 91–1689. PATTERSON *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–1705. MALTA ET AL. *v.* SCHULMERICH CARILLONS, INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 91–1714. PRICE *v.* CARPENTER, SHERIFF OF TARRANT COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 91–1726. PHANTOM TOURING CO. *v.* AFFILIATED PUBLICATIONS, INC., ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 91–1731. STRANCZEK, MAYOR OF THE VILLAGE OF CREST-WOOD, ET AL. *v.* SCHULTZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1761. PRAVDA *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 91–1768. MCCARTY *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 91–1776. ERWIN ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 91–1795. DANIELS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 91–1801. GILBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 91–1810. TOLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 91–1828. COPLIN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 91–6757. HERNANDEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▮